IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LEE COTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2542-D |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 23, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, finding that Plaintiff failed to comply with her prior order to either pay the $405.00 filing fee or submit a motion to proceed *in forma pauperis*, and recommending a dismissal without prejudice of this action. [Doc. No. 7]. In the Report, Judge Mitchell notified Plaintiff of his right to file an objection to the Report on or before November 12, 2026, and that the failure to object waives Plaintiff's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore*, 950 F.2d at 659; *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 7] is **ADOPTED** in its entirety. This action is **DISMISSED WITHOUT PREJUDICE** to refiling. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 23rd day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE